February 14, 2006

**VIA FACSIMILE AND U.S. MAIL**

Honorable Michael A. Telesca
United States District Court Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

      Re:    <u>Laura Mincey v. University of Rochester, Strong Memorial Hospital</u>
             Civil Action No.: 01-CV-6159T(F)

Dear Judge Telesca:

      I write to request an extension in time to submit response papers concerning defendants' motion for summary judgment in the above-referenced matter without objection from defendants.

      Currently plaintiffs' response papers are to be submitted by February 20, 2006. Plaintiff respectfully requests an extension through **March 20, 2006** to submit her response. Defendants reply papers would then be due on **March 30, 2006**.

      If this meets with your Honor's approval, a "So Ordered" line is provided at the bottom of this letter for the Court's convenience.

      Thank you for your courtesies in this matter.

                                                Respectfully submitted,

                                                s/ Kimberly A. Nichols

                                                Kimberly A. Nichols

cc:    Linda Prestegaard (via U.S. Mail)

**SO ORDERED:**

   <u>S/ MICHAEL A. TELESCA</u>
Honorable Michael A. Telesca
United States District Court Judge

Dated: February 15, 2006