

# Phillips Lytle LLP

VIA FACSIMILE AND
U.S. FIRST CLASS MAIL

March 28, 2006

Honorable Michael A. Telesca
United States District Court Judge
Western District of New York
100 State Street
Rochester, New York 14614

Re: Laura Mincey v. University of Rochester
    Civ. No. 01-CV-6159T(F)

Dear Judge Telesca:

We are attorneys for defendant University of Rochester in the above-referenced matter. I am writing to request a one week extension of time to submit reply papers in support of defendant's motion for summary judgment. Currently, defendant's reply papers are to be submitted by March 30, 2006. Defendant respectfully requests an extension up to and including April 6, 2006. Plaintiff's counsel has no objection to this request. Thank you for your attention to this matter.

Respectfully submitted,

Phillips Lytle LLP

*Linda Prestegaard*

Linda Prestegaard

LTP/gm
cc: Kimberly A. Nichols, Esq.
    University of Rochester

SO ORDERED:

S/MICHAEL A. TELESCA
Honorable Michael A. Telesca
United States District Court Judge

DATED: 3/28/2006

ATTORNEYS AT LAW

LINDA PRESTEGAARD, PARTNER   DIRECT 585 238-2029   LPRESTEGAARD@PHILLIPSLYTLE.COM

1400 FIRST FEDERAL PLAZA  ROCHESTER, NY 14614  PHONE 585 238 2000  FAX 585 232 3141
BUFFALO ALBANY CHAUTAUQUA GARDEN CITY NEW YORK ROCHESTER  WWW.PHILLIPSLYTLE.COM